UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 20-2689 (TJK) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.,* | ) ) ) ) | |
| *Defendants.* | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UNITED STATES OFFICE OF MANAGEMENT AND BUDGET

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant, the United States Office of Management and Budget, and Plaintiffs, the Electronic Frontier Foundation ("EFF") and the Center for Democracy & Technology ("CDT"), hereby stipulate to dismiss this action with prejudice as to the United States Office of Management and Budget only.

Dated:  September 23, 2022

 /s/ David Sobel
DAVID SOBEL
D.C. Bar No. 360418
AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
*Counsel for Plaintiff, ELECTRONIC FRONTIER FOUNDATION*

CAITLIN VOGUS
Center for Democracy & Technology
1401 K Street, N.W., Suite 200
Washington, D.C. 20005
(202) 637-9800
*Counsel for Plaintiff, CENTER FOR DEMOCRACY & TECHNOLOGY*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ T Anthony Quinn
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7558
*Counsel for Defendants*